UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

PAUL ROBBINS                                CIVIL ACTION NO. 06-1395-P

versus                                      JUDGE HICKS

BAYOU DORCHEAT CORRECTIONAL                 MAGISTRATE JUDGE HORNSBY
CENTER, ET AL.

**MEMORANDUM ORDER**

Before the court is a Motion (Doc. 6) by Plaintiff seeking the help of the court in obtaining records and using the prison's law library. Plaintiff's motion is denied. The court cannot give legal advice to a party, and there is no "self-help manual" available. On September 13, 2006, this court entered a Memorandum Order (Doc. 4) directing Plaintiff to answer certain questions and to provide copies of all ARPs and responses by prison officials to those ARPs. To answer the questions posed by the court, Plaintiff only needs to set forth specific facts in response to each question. It is not necessary for Plaintiff to cite or quote any cases or laws to answer the questions. With regard to proof of exhaustion of remedies, if Plaintiff does not have access to the records, he may file an explanation with the court as to what records exist, the location of those records and why he has been unable to obtain copies of the records.

THUS DONE AND SIGNED at Shreveport, Louisiana, this 18th day of September, 2006.

MARK L. HORNSBY
UNITED STATES MAGISTRATE JUDGE